THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALLMODULAR SYSTEMS, INC., a California corporation,<br><br>Defendant.<br>. | NO.   2:24-cv-00174-JNW<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE COURT DATES |

THIS MATTER having come on to be heard on the motion of Plaintiff, Plaintiff appearing through its attorney, Russell J. Reid of Reid, Ballew, Leahy & Holland, L.L.P., Plaintiff is requesting a 30-day continuance of each of the scheduled deadlines for the FRCP Conference for May 6, 2024, Initial Disclosures for May 13, 2024 and Joint Status Report for May 20, 2024, as the Defendant has not answered (lawsuit served on Defendant on February 20, 2024 -- answer due March 12, 2024), a Motion for Order of Default was filed with the Court on April 4, 2024, and the Plaintiff is awaiting entry of the Order of Default by the Court; now, therefore;

IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Court Dates has been granted as follows:

    Deadline for FRCP 26(f) conference……………..June 5, 2024

    Initial Disclosures Pursuant to FRCP 26(a)………June 10, 2024

    Combined Joint Status Report and Discovery
     Plan as Required by FRCP 26(f), and Local
     Rule CR 16……………………………………June 17, 2024

DONE IN OPEN COURT this 14th day of May, 2024.

_____
Jamal N. Whitehead
United States District Judge

Presented for Entry by:

REID, BALLEW, LEAHY & HOLLAND, L.L.P.

By: ___/s/ Russell J. Reid_____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Attorney for Plaintiff